USDC SCAN INDEX SHEET










CAG    6/28/05    14:42
3:03-CV-00562    CAPIANCO V. LONG-TERM DISABILITY
*112*
*NTCLDG.*

Howard Bennett Hellen (State Bar No. 140640)
LAW OFFICES OF HOWARD BENNETT HELLEN
Melrose Law Center
380 South Melrose Drive, Suite 404
Vista, California 92081
Tel: (760) 643-4115
Fax: (760) 643-4116

Attorneys for Plaintiff
GIL CAPIANCO

FILED

05 JUN 27 PM 2:21

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: *Cajuriel* DEPUTY

# IN THE UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GIL CAPIANCO,<br><br>Plaintiff,<br><br>v.<br><br>LONG-TERM DISABILITY PLAN OF SPONSOR UROMED CORP., et. al.,<br><br>Defendants. | CASE NO. 03-CV-562 DMS (AJB)<br><br>NOTICE OF LODGMENT OF COPY OF DEFENDANT HARTFORD'S BMS CLAIMS MANUAL IN SUPPORT OF PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT RE: ENTIRE CASE<br><br>JUDGE: HON. DANA M. SABRAW<br>HEARING DATE: September 23, 2005<br>HEARING TIME: 1:30 PM<br>COURTROOM: 10<br>PRETRIAL CONFERENCE: 12-09-05<br>TRIAL DATE: None Set |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that a true and correct copy of the following document has been LODGED with the above-captioned Court in connection with Plaintiff Gil Capianco's Motion for Summary Judgment Re: Entire Case, set for hearing on September 23, 2005 at 1:30 PM, or as soon thereafter as this matter may be heard, in the courtroom of the Honorable Dana M. Sabraw, Courtroom 10, located at the Edwin Schwartz District Courthouse, 940 Front Street, San Diego,

////

-1-

NOTICE OF LODGMENT OF HARTFORD BMS CLAIMS MANUAL IN SUPPORT OF PLAINTIFF'S MOTION
FOR SUMMARY JUDGMENT RE: ENTIRE CASE                                                    03-CV-00562 DMS (AJB)

1  California:

2  HARTFORD "BMS CLAIMS MANUAL"

3  Said BMS Claims Manual is marked "CONFIDENTIAL" and is comprised of Pages 1
4  through 671, inclusive. The BMS Claims Manual has been marked "CONFIDENTIAL" pursuant to
5  a protective order issued by Magistrate Judge Anthony J. Battaglia on May 18, 2005.

7  DATED: 6-24-05

LAW OFFICES OF
HOWARD BENNETT HELLEN

By: /s/ Howard Bennett Hellen
Howard Bennett Hellen
Attorneys for Plaintiff,
GIL CAPIANCO

-2-